# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Joann Irby<br>*Plaintiff*<br>v.<br>Nancy A. Berryhill, Acting Commissioner of Social Security<br>*Defendant* | )<br>)<br>) Civil Action No.  4:17-cv-2978-TLW<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with the remand of the cause to the Commissioner.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Thomas E. Rogers, III,   United States Magistrate Judge, who granted Defendant's Motion to Remand.

Date:   June 19, 2018                                           *CLERK OF COURT*

                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*